JUDGE SCHEINDLIN    08 CIV 6230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RIVER SEA SHIPPING AGENCY CO. LTD,

                       Plaintiff,

-v-

SWOLMER INTERNATIONAL TRADING B.V.,
OJSC "ZEENODOLSKY ZAVOD IMENI GORKOGO", and
ANDREY HOMEYLEV

                       Defendants.

-----------------------------------------------------------------x

STATEMENT PURSUANT TO F.R.C.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, RIVER SEA SHIPPING AGENCY CO. LTD, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       July 9, 2008

                                    CHALOS & CO, P.C.
                                    Attorneys for Plaintiff
                                    RIVER SEA SHIPPING AGENCY CO. LTD

                       By: _____
                           George M. Chalos (GC-8693)
                           123 South Street
                           Oyster Bay, New York 11771
                           Tel: (516) 714-4300
                           Fax: (866) 702-4577
                           Email: gmc@chaloslaw.com