CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RIVER SEA SHIPPING AGENCY CO. LTD,       :
                                          :
                Plaintiff,                :    08-CV-6230
                                          :
        v.                                :    **NOTICE OF**
                                          :    **APPEARANCE**
SWOLMER INTERNATIONAL TRADING B.V.,      :
OJSC "ZEENODOLSKY ZAVOD IMENI            :
GORKOGO," and ANDREY HOMEYLEV.           :
                Defendants.               :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 18, 2008

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch

                          By:    _____
                                 Richard J. Reisert (RR-7118)
                                 7800 River Road
                                 North Bergen, NJ 07047
                                 Tel: (201) 537-1200
                                 Fax: (201) 537-1201
                                 Email: reisert@navlaw.com